# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 3:05cr104 |
| V. | ORDER |
| ANTHONY DAMON SCOTT | |

This MATTER is before the Court on Defendant's Motion to Reduce Sentence re. First Step Act (Doc. No. 879).

The defendant is out of the protective custody of Federal Bureau of Prisons. Therefore, IT IS ORDERED, that Defendant's Motion to Reduce Sentence re: First Step Act (Doc. No. 879) is **DENIED AS MOOT.**

IT IS FURTHER ORDERED that the Court's Order (Doc. No. 915) is VACATED.

IT IS SO ORDERED.

Signed: September 9, 2021

_____
Frank D. Whitney
United States District Judge